IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CONRAD LEE VARGAS,

    Plaintiff,

v.

                                      Case No.  21-cv-17-jdp

ROBERT MANN, BARRY CLARK, JAY
MINSHALL, and LARRY BONNER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 4/2/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |